FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FENLEY, on behalf of herself and others so situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  CV08-07878 SVW (MANx)<br><br>PROPOSED ORDER TO DISMISS |

The parties having stipulated thereto and good cause having been shown therefor, it is hereby ordered that the case is dismissed with prejudice.

Dated:   OCT 2 1 2009 _____

_____
Judge, U.S. District Court